UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| SELETHIA YVONNE CHEELEY | : | CASE NO. 19-58019-JWC |
| DEBTOR | : | |

### CONVERSION TO CASE UNDER CHAPTER 7

COMES NOW, the above-named Debtor, SELETHIA YVONNE CHEELEY, and respectfully shows to this Honorable Court the following:

1.

Debtor filed for relief under Chapter 13 of the Federal Bankruptcy Code on May 23, 2019.

2.

Debtor is eligible under Chapter 7 of the Federal Bankruptcy Code and desires to convert the above-styled case under that Chapter.

WHEREFORE, the above-named Debtor prays for relief under Chapter 7 of the Federal Bankruptcy Code.

Respectfully submitted,

/s/ *A. Frank Harper*
A. Frank Harper, Attorney for Debtor
Georgia Bar Number 327870

42 Eastbrook Bend
Peachtree City, Georgia 30269
(770) 486-1220

CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and exact copy of the Conversion to Case under Chapter 7 to:

> Nancy J. Whaley            (*via CM/ECF*)
> Nancy J. Whaley, Standing Ch. 13 Trustee
> Suite 120, Truist Plaza Garden Offices
> 303 Peachtree Center Avenue
> Atlanta, GA 30303
>
> Selethia Yvonne Cheeley    (*via U.S. Mail*)
> 331 Webster Lane
> Jonesboro, GA 30238

by either CM/ECF or by placing same in a properly addressed envelope with sufficient postage to insure delivery and depositing same in the United States Mail.

This day of January 21, 2022.

> /s/ *A. Frank Harper*
> A. Frank Harper, Attorney for Debtor
> Georgia Bar Number 327870

42 Eastbrook Bend
Peachtree City, Georgia 30269
(770) 486-1220