# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| SELETHIA YVONNE CHEELEY | ) | A19-58019-JWC |
| | ) | |
| | ) | |
| | ) | |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

Comes now NANCY J. WHALEY, STANDING CHAPTER 13 TRUSTEE, and files this Notice that she is remitting to the Register of the Clerk of the United States Bankruptcy Court the amount of $2.80 on behalf of, SELETHIA YVONNE CHEELEY, Debtor.  These funds are being remitted to the Register because the Debtor has not claimed the funds.

This the 8th day of June, 2022.

Respectfully Submitted,

/s/_____
Nancy J. Whaley
Standing Chapter 13 Trustee
State Bar No. 377941
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201

# CERTIFICATE OF SERVICE

Case No.:  A19-58019-JWC

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Notice of Deposit of Unclaimed Funds Filed After The Bar Date by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s):**
SELETHIA YVONNE CHEELEY
331 WEBSTER LANE
JONESBORO, GA  30238

**Attorney for the Debtor(s):**
HARPER LAW FIRM
695 NORTH JEFF DAVIS DRIVE
FAYETTEVILLE, GA  30214

This the 8th day of June, 2022.

/s/_____
    Nancy J. Whaley
    Standing Chapter 13 Trustee
    State Bar No. 377941
    303 Peachtree Center Avenue, NE
    Suite 120
    Atlanta, GA 30303
    678-992-1201